UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDRE DAVIS,

    Plaintiff,

v.   Civil No. 05-CV-71606-DT

H.J. MARBERRY,   District Judge Denise Page Hood
                                                                                          Magistrate Judge R. Steven Whalen

    Defendant.
_____/

## *ORDER GRANTING*
## *DEFENDANT'S EX PARTE REQUEST TO SET DATE TO RESPOND TO COMPLAINT OR WAIVE REPLY*

On July 6, 2005, Defendant in her official capacity filed an *ex parte* request to set date to respond to complaint or waive reply; upon due consideration, it is

**ORDERED** that Defendant Marberry in her official capacity is allowed until Monday, August 22, 2005, by which to respond to the complaint or waive reply under the Prison Litigation Reform Act of 1995.

                                                   s/R. Steven Whalen
                                                 R. STEVEN WHALEN
                                                 UNITED STATES MAGISTRATE JUDGE

Dated:  July 8, 2005

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on July 8, 2005.

                                                 s/Gina Wilson
                                                 Judicial Assistant